UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CR00554 AGF |
| ) | |
| NAWAZ MERCHANT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's motion, filed on February 21, 2006, [Doc. No. 35] to alter this Court's Amended Judgment entered on February 17, 2006. In his motion, Defendant requests that this Court modify the Amended Judgment entered on February 17, 2006 [Doc. No. 34] to properly reflect the sentence entered by the Court. Defendant further requests that the Court order Defendant's passport to be returned immediately. The government substantially agrees with Defendant with regard to the Amended Judgment and does not object to the return of the passport.

Upon review of the file, the Court agrees that while an amended judgment was appropriate with regard to Defendant's brother, Nasir Merchant, Case No. 4:04CR0553 AGF, no such amendment was appropriate with regard to Defendant Nawaz Merchant. As such, the Amended Judgment dated February 17, 2006 was entered in error with respect to this Defendant and will be vacated.

With regard to Defendant's passport, the court records reflect that Defendant's passport was returned by the Clerk of Court to Elliott Hernandez, presumably on behalf of Defendant Nawaz Merchant, on November 10, 2005. [Doc. No. 33]

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to alter the Amended Judgment filed on February 17, 2006 [Doc. No. 35] is **GRANTED in part and DENIED in part.** The Amended Judgment entered by this Court on February 17, 2006 [Doc. No. 34] is hereby **VACATED**. The Judgment and Commitment dated March 11, 2005, as amended on March 23, 2005 and April 4, 2005, shall be reinstated and remain in effect. [Doc. Nos. 20, 25 & 28]

**IT IS FURTHER ORDERED** that Defendant's request for return of his passport is **DENIED as moot**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of February, 2006.